## G. HEILEMAN BREWING COMPANY, Respondent, v. PIERCE et al (PIERCE, Appellant.)

### (168 N. W. 58.)

(File No. 4376. Opinion filed June 25, 1918.)

**Appeals—Error—Appellant's Default re Brief—Affirmance.**

Where time within which on stipulation appellant could file brief on appeal had expired for nearly a month, and sole appellant is in default, appeal will be deemed abandoned, and order appealed from affirmed.

Gates, J., absent and taking no part.

Appeal from Circuit Court, Walworth County. Hon. Joseph H. Bottum, Judge.

Action by the G. Heileman Brewing Company, a corporation, against L. E. Pierce and others. From an order adverse to him, defendant Pierce appeals. Affirmed.

*Pat Morrison,* for Appellant.

*Harkins, Crane & Noll,* for Respondent.

PER CURIAM. It appears from the files herein that this cause is before us upon an appeal from an order of the circuit court, which appeal was taken on the 9th day of March, 1918, that, pursuant to stipulation of parties and the order of the presiding judge of this court, appellant was given an extension of time until the 1st day of June, 1918, in which to prepare his brief upon this appeal, that the time so granted has long since expired and has been in no way extended, and that the sole appellant, L. E. Pierce, is in default. For the reasons above

stated, this appeal is deemed abandoned, and the order of the circuit court is affirmed, with costs.

GATES, J., absent and taking no part.